FILED
CLERK, U.S. DISTRICT COURT
JUL 2 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELSEY DRU GLEGHORN,<br><br>        Petitioner,<br><br>  v.<br><br>F.B. HAWS WARDEN,<br><br>        Respondent. | NO. CV 07-3545-MMM (MAN)<br><br>ORDER ADOPTING FINDINGS,<br><br>CONCLUSIONS AND RECOMMENDATIONS<br><br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice, for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2  the Judgment herein on Petitioner and counsel for Respondent.

4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED:    July 21, 2008          .

                                            _____
                                                 MARGARET M. MORROW
                                             UNITED STATES DISTRICT JUDGE