FILED
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KELSEY DRU GLEGHORN,                ) NO. CV 07-3545-MMM (MAN)
                                    )
           Petitioner,              )
                                    )
    v.                              ) JUDGMENT
                                    )
F.B. HAWS, WARDEN,                  )
                                    )
           Respondent.              )
_____)

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed without prejudice, for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: July 21, 2008.

                                      _____
                                           MARGARET M. MORROW
                                      UNITED STATES DISTRICT JUDGE